1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9
                                    Case No.: CIV.S 08-cv-00454-FCD-DAD
10  SCOTT N. JOHNSON

11          Plaintiff,           **PLAINTIFF'S REQUEST FOR
                                 DISMISSAL OF PCB ENTERPRISES
12      vs.                      AND ORDER**

13

14  PCB Enterprises, et al,
                                 Complaint Filed:  FEBRUARY 27, 2008
15
                                 **CASE TO BE REMAINED OPEN WITH
16                               REMAINING DEFENDANTS**
            Defendants
17

18

19  _____

20

21

22
        **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (PCB
23
    Enterprises) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).
24
    This case is to be remained open with remaining Defendants.  Defendant (PCB Enterprises) is
25
    dismissed because this Defendant is not a proper party to this action.
26

27

28

1    Dated: April 3, 2008                                    /s/Scott N. Johnson_____
2                                                            SCOTT N. JOHNSON
                                                             Plaintiff, In Pro Per
3

4

5         **IT IS SO ORDERED**.

6

7    Dated: April 7, 2008

8

9

10   _____
     FRANK C. DAMRELL, JR.
11        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER  CIV: S-08-00454-FCD-DAD