1
2
3
4
5
6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9   SCOTT N. JOHNSON,
                                    NO. 2:08- cv-0454 FCD/DAD
10              Plaintiff(s),

11      v.                          **ORDER RE: SETTLEMENT AND
                                    DISPOSITION**
12
    PCB ENTERPRISES, et al.,
13
                Defendant(s).
14  _____/
            Pursuant to the representations of the plaintiff, in the above action, the court has
15
    determined that this case has settled.
16
            In accordance with the provisions of Local Rule 16-160, dispositional documents are to
17
    be filed on or before May 30, 2008.  All dates/hearings set in this matter, to include any pending
18
    motions, are hereby VACATED.
19
        **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE**
20
    **IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY**
21
    **PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**
22
            **IT IS SO ORDERED**.
23
    Dated: April 30, 2008
24
25
26                                  _____
                                    FRANK C. DAMRELL, JR.
27                                  UNITED STATES DISTRICT JUDGE
28